UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ESTATE OF LAURA RATLEY, by and through its duly appointed special administrator Robert Ratley; LEAH RATLEY; THE ESTATE OF REBECCA FULCHER, by and through its duly appointed special administrators John Fulcher and Amy Fulcher; deceased; and RYAN FULCHER,<br><br>                    Plaintiffs,<br>v.<br><br>DHAFER M. AWAD and SHAMROCK FOODS COMPANY, an Arizona Limited Liability Company.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. CIV-19-265-PRW |

## PLAINTIFFS' JOINT FINAL WITNESS LIST

COME NOW the Plaintiffs, and pursuant to this Court's Scheduling Order, submit the following Final Witness List.

### WITNESSES

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| | Dhafer Awad<br>c/o Patrick Colvin<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, Oklahoma 74103 | Facts and circumstances surrounding the wreck. |
| | Ryan Fulcher<br>c/o Michael D. Denton, Jr., Esq.<br>Denton Law Firm<br>925 West State Highway 152 | Facts and circumstances surrounding the wreck. |

|  | Mustang, OK 73064 |  |
|---|---|---|
|  | Amy Fulcher<br>c/o James Murray<br>311 South Duck<br>Stillwater, Oklahoma 74074 | Facts and circumstances surrounding the wreck and her loss |
|  | John Fulcher<br>c/o James Murray<br>311 South Duck<br>Stillwater, Oklahoma 74074 | Facts and circumstances surrounding the wreck and his loss |
|  | Amy Ratley<br>c/o Matthew Bretz<br>3 Compound Drive<br>Hutchinson, Kansas 67502 | Facts and circumstances surrounding the wreck and her damages. |
|  | Robert Ratley<br>c/o Matthew Bretz<br>3 Compound Drive<br>Hutchinson, Kansas 67502 | Facts and circumstances surrounding the wreck and his damages. |
|  | Leah Ratley<br>c/o Matthew Bretz<br>3 Compound Drive<br>Hutchinson, Kansas 67502 | Facts and circumstances surrounding the wreck, injuries, and damages. |
|  | Trooper Shane Newell, Badge No. 408<br>Trooper Scott Shropeshire<br>Trooper Todd Punneo<br>Trooper JJ Finney<br>Trooper Matthew Ledbetter<br>Trooper Bill Jackson<br>Oklahoma Highway Patrol<br>3600 North MLK Blvd.<br>Oklahoma City, Oklahoma 73136 | Facts and circumstances surrounding the wreck |
|  | Deputy Mike Stephens<br>Noble County Deputy<br>721 Cedar Street<br>Perry, Oklahoma 73077 | Facts and circumstances surrounding the wreck |
|  | Ben Treiner, EMT<br>Jeremy Williams, EMT<br>Mike Chantnacran, EMT<br>Brian Friend, EMT<br>Wayne Emmons, EMT<br>Rae Howell, RN<br>Paige Neitzel, RN<br>Chief Emmons<br>Perry Fire Department and Ambulance<br>721 Delaware<br>Perry, Oklahoma 73077 | Testimony regarding Ryan Fulcher and Leah Ratley's injuries, medical treatment, prognosis, and damages. Observations and conditions of Ryan Fulcher and Leah Ratley at the scene of wreck and during transport. |

|  | Name/Address | Subject of Testimony |
|---|---|---|
|  | Greg Turner<br>Eric Duval<br>Oklahoma Medical Examiner<br>901 North Stonewall<br>Oklahoma City, Oklahoma 73117 | Examination and findings as to Rebecca Fulcher and Leah Ratley. Observations and conditions at the scene of wreck |
|  | Richard Miller<br>400 North Grand<br>McPherson, Kansas 67460 | Facts and circumstances surrounding the wreck |
|  | Sean Mize, OSBI Criminalist<br>800 East 2nd Street<br>Edmond, OK 73034 | Facts and circumstances surrounding the blood analysis of Dhafer Awad and Ryan Fulcher |
|  | Mike Stephens<br>Noble County Sheriffs Office<br>721 Cedar Street<br>Perry, Oklahoma 73077 | Facts and circumstances surrounding the wreck |
|  | Ethan Winter | Testimony as to Ryan Fulcher |
|  | Stephanie Atterberry<br>707 West 13 Street North #1<br>Wichita, Kansas 67203 | Testimony as to Amy, John and Rebecca Fulcher |
|  | India Brown<br>2363 Chapel Ridge Place<br>Salina, Kansas 67401 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Andrea Reed<br>406 North Pershing<br>Wichita, Kansas 67208 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Leslee Miller<br>400 South Grand<br>McPherson, Kansas 67460 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Bethany Tenpenny<br>27522 Haven Trace Lane<br>Fulshear, Texas 77441 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Gerald Miller<br>611 East Elizabeth<br>McPherson, Kansas 67460 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Barbara Miller<br>611 East Elizabeth<br>McPherson, Kansas 67460 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Chelsea Dyer<br>350 West Douglas Avenue<br>Wichita, Kansas 67202 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Jennifer Babcock<br>1521 Sunflower Drive<br>McPherson, Kansas 67460 | Testimony as to Amy, John and Rebecca Fulcher |
|  | Keli Davis<br>601 Thunderbird | Testimony as to Amy, John and Rebecca Fulcher |

|   | | |
|---|---|---|
|   | McPherson, Kansas 67460 | |
|   | Jennifer and Michael Warner<br>1024 South Lindenwood Drive<br>Olathe, KS 66062 | Testimony regarding Amy, Robert, and Leah Ratley's damages. |
|   | Alexis Ratley<br>3200 Garden Grove Parkway, Apt. 4A<br>Hutchinson, KS 67502 | Testimony regarding Amy, Leah, and Bob Ratley's damages. |
|   | David Seifert<br>5449 Buckwood Way<br>Sacramento CA 95835 | Testimony regarding Amy Ratley's damages. |
|   | Otha Ratley<br>908 East 14th Avenue<br>Hutchinson, KS 67501 | Testimony regarding Amy, Leah, and Bob Ratley's damages. |
|   | Connie Casey<br>5510 East 69th<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's damages. |
|   | Chris Wornkey<br>1107 West 32nd<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's damages. |
|   | Simon Hiebert<br>3420 North Elm Street<br>Hutchinson, KS 67502 | Testimony regarding Leah Ratley's injuries and damages |
|   | Jimmy Ratley<br>3300 Rowland Street<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's damages. |
|   | Anthony Mahoney<br>1320 East 9th<br>Hutchinson, KS 67501 | Testimony regarding Bob Ratley's damages. |
|   | Brianna Nichols<br>1300 East 33rd Apt. 905<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's damages. |
|   | Alyssa Rostetter<br>321 East Vesper<br>Hesston, KS 67062 | Testimony regarding Bob Ratley's damages. |
|   | Ashleigh Lollar<br>7272 East 37th Street North<br>Wichita, KS 67226 | Testimony regarding Bob Ratley's damages. |
|   | LYNX Services a Solera Company Representative | Will testify as to the information available from EDR and data from Shamrock's tractor trailer truck |
|   | Michael K. Napier, Sr.<br>530 Forest Hill Road<br>Macon, Georgia 31210 | Will testify as an expert witness as to the facts and circumstances of the claims and or/defenses in this case including interpretation of the electronic data (EDR) |

| | | |
|---|---|---|
| | | from the vehicles involved in the collision as well as the type of information/data from the tractor-trailer driven by Defendant Awad. |
| | William J. Vigilante, Jr., PhD, CPE<br>200 Pembrooke Circle<br>Phoenixville, PA 19460<br>267-439-1551 | Will be called to testify as an expert witness on the issues of human factors. |
| | Dr. Stephanie L. Wick, PhD, LCMFT, LCAC<br>Andrews & Associates Counseling<br>1506 Browning Place Suite 107<br>Manhattan, Kansas 66502 | Will be called to testify as an expert witness on the issues of emotional pain, suffering, degree of disruption to life, degree of sense of equilibrium, past and future impact of loss, and past and future loss of services |
| | William Reece<br>21235 West 8th Street South<br>Sand Springs, OK 74063 | Will be called to testify as an expert witness on driver training, instruction, safety, and industry standards. |
| | Michelle Beach<br>1594 E. State Highway CC<br>Pleasant Hope, Missouri 65725 | Will be called to testify as an expert witness in the field of accident reconstruction. |
| | Mark D'Andrea<br>John Brannigan<br>Rita Young<br>Karri Ryan<br>Brad Peppers<br>Branch Mueller<br>Renae Ludlow<br>c/o Patrick Colvin<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, Oklahoma 74103 | Will testify as to the trucking industry standards regarding downloading and preserving EDR data, obligations to do so according to the FMCSR, the requirements of trucking companies and its drivers to comply with the FMCSR, applicable operating rules, Preventable Accidents, the requirements of holding a valid CDL. |
| | Gus Valley<br>Brian Koenes<br>Carrie Ryerson<br>Tracy McCall<br>Janaya Harris<br>c/o Patrick Colvin<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, Oklahoma 74103 | Will testify as to the trucking industry standards regarding downloading and preserving EDR data, obligations to do so according to the FMCSR, the requirements of trucking companies and its drivers to comply with the FMCSR, applicable operating rules, Preventable Accidents, the requirements of holding a valid CDL. |
| | C. Michael Copeland<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, Oklahoma 74103 | general counsel of Shamrock, facts and circumstances surrounding the wreck |
| | Karen Williams<br>c/o Patrick Colvin<br>3800 First Place Tower<br>15 East Fifth Street | Former general counsel of Shamrock, facts and circumstances surrounding the wreck |

|  | | |
|---|---|---|
|  | Tulsa, Oklahoma 74103 | |
|  | United Truck Driving School Representative<br>2525 Camino Del Rio South #255<br>San Diego, California 92108 | All education, training, instruction and material given to Defendant Awad |
|  | Driver's Alert Inc., Representative<br>1350 East Newport Center Drive, Suite 201<br>Deerfield Beach, FL 33442 | All education, training, instruction and material given to Defendant Awad |
|  | HireRight Representative<br>12770 Coit Road, Suite 300<br>Dallas, Texas 75251 | Services performed for Defendant Shamrock |
|  | Azhar Mnawer<br>Unknown address | Experiences driving with Defendant Awad |
|  | David Ford<br>42312 North 9th Avenue<br>Phoenix, Arizona 85086 | Services and training performed for Defendants |
|  | Tobie R. Morrow, DO<br>West Wichita Family Physicians<br>8200 West Central Avenue, Suite 1<br>Wichita, Kansas 67212 | Counseling of John Fulcher |
|  | Susan M. Rohr, LSCSW<br>Client Centered Counseling<br>121 West Marlin, Suite 300<br>McPherson, Kansas 67460 | Counseling of Ryan Fulcher |
|  | Karon Lovelady, LCPC<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202<br>Hutchinson, Kansas 67501 | Counseling of Amy Fulcher |
|  | Maryann M. Petersen, LCMFT<br>650 North Carriage Parkway, Suite 135<br>Wichita, Kansas 67208 | Counseling of John Fulcher |
|  | Mark Hoover, Pastor<br>NewSpring Church<br>12200 East 21st Street North<br>Wichita, Kansas 67206 | Counseling of John Fulcher |
|  | Kethlyn A. Staab, T-LMFT<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202<br>Hutchinson, Kansas 67501 | Counseling of Amy Fulcher |
|  | Veronica Amey-Perrin, MD, Psychiatrist<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202 | Counseling of Amy Fulcher |

|  | | |
|---|---|---|
|  | Hutchinson, Kansas 67501 |  |
|  | Stefanie Griggs, LSCSW<br>Jamie Burns, LCP<br>Susan Weigel-Wise<br>Timothy Hunter, LMSW<br>Patricia White, PA<br>Jennifer Sharp<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202<br>Hutchinson, Kansas 67501 | Testimony regarding Amy Ratley's counseling, medical treatment, prognosis, and damages |
|  | Anthony Jackson, MD<br>Heather Dallas, APRN<br>Tricia Gilligan, PA<br>William Mallonnee, MD<br>Hutchinson Clinic<br>2101 North Waldron<br>Hutchinson, KS 67502 | Testimony regarding Amy Ratley's counseling, medical treatment, prognosis, and damages |
|  | Tamara Madden, LSCSW<br>Creekside Therapy Services<br>1531 Willow Road<br>Hutchison, Kansas 67502 | Testimony regarding Amy Ratley's counseling, medical treatment, prognosis, and damages |
|  | Anneliese Boettcher, PhD<br>Ryan Schroder, PsyD<br>KU Wichita Psychiatry & Behavioral Sciences<br>1001 North Minneapolis Street<br>Wichita, KS 67214 | Testimony regarding Amy Ratley's counseling, medical treatment, prognosis, and damages |
|  | Dale Anderson, PsyD<br>Timothy Hunter, LMSW<br>Jeremy Tan, MD<br>Kelsey Davies<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202<br>Hutchinson, Kansas 67501 | Testimony regarding Bob Ratley's counseling, medical treatment, prognosis, and damages |
|  | Jan Rogers, LSCSW<br>1716 East 30th, Suite B<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's counseling, medical treatment, prognosis, and damages |
|  | Kimberley Morgan, PAC<br>Shirley Faulkner, LCMFT<br>Julius Quinn, APRN<br>Greg Morgan, MD<br>Prairie Star Health Center<br>2700 East 30th Avenue<br>Hutchinson, KS 67502 | Testimony regarding Bob Ratley's counseling, medical treatment, prognosis, and damages |

|  | Laura Martinez, LSCSW<br>Audra Goldsmith, LMLP, LMAC<br>Jamie Burns, LCP<br>Patricia White, PA<br>Veronica Amey- Perrin, MD<br>Jeremy Tan, MD<br>Evelyn Clark, LPN<br>Dave Sallee, LPN<br>Horizon Mental Health Center<br>1600 North Lorraine Street # 202<br>Hutchinson, Kansas 67501 | Testimony regarding Leah Ratley's counseling, medical treatment, prognosis, and damages |
|  | Ken Schulte, M.Ed<br>1714 East 30th, Suite B<br>Hutchinson, Kansas 67502 | Testimony regarding Leah Ratley's counseling, medical treatment, prognosis, and damages |
|  | Dr. Anthony Jackson<br>Hutchinson Clinic<br>2101 North Waldron<br>Hutchinson, KS 67502 | Testimony regarding Leah Ratley's injuries, medical treatment, prognosis, and damages |
|  | Rae Howell, RN<br>Paige Neitzel, RN<br>Kristen Warnock, DO<br>Stillwater Medical Center<br>1323 West 6th Street<br>Stillwater, Oklahoma 74074 | Testimony regarding Ryan Fulcher and Leah Ratley's injuries, medical treatment, prognosis, and damages |
|  | Sheriff Henderson<br>Captain McClay<br>Sergeant Evans<br>Reno County Sheriff's Department<br>210 West 1st Avenue<br>Hutchinson, KS 67502 | Testimony regarding Leah Ratley's employment. |
|  | Ross Weber<br>Apac-Shears Construction<br>819 West First Street<br>Hutchinson, KS 67501 | Testimony regarding Bob Ratley's former employment. |
|  | Any necessary rebuttal witnesses |  |
|  | All witnesses listed by Defendant to which Plaintiff does not object. |  |
|  | Due to the fact that discovery is not completed, Plaintiffs reserves the right to supplement |  |
|  | Plaintiffs reserve the right to supplement other witnesses obtained through the end of discovery as well as those obtained as a result of additional depositions which are currently the |  |

| | |
|---|---|
| subject of the pending discovery motions. | |

Respectfully submitted,

/s/Matthew L. Bretz
Matthew L. Bretz
**BRETZ INJURY LAW, LLC**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Matt@bretzinjurylaw.com
Attorney for Plaintiffs The Estate of Laura Ratley, Robert Ratley, Amy Ratley, and Leah Ratley

James V. Murray
MURRAY LAW FIRM
311 South Duck Street
Post Office Box 2224
Stillwater, Oklahoma 74074
*jvm@jvmlaw.com*
ATTORNEY FOR PLAINTIFFS
THE ESTATE OF REBECCA
FULCHER, JOHN FULCHER
and AMY FULCHER
and RYAN FULCHER

Michael D. Denton, Jr.,
DENTON LAW FIRM
925 West State Highway 152
Mustang, Oklahoma 73064
*michael@dentonlawfirm.com*
ATTORNEY FOR PLAINTIFF
RYAN FULCHER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of August, 2022, the foregoing was electronically filed with the Clerk of the Court by using the ECF system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

/s/Matthew L. Bretz
Matthew L. Bretz